BRUCE BENNETT (BB-1152) (*admitted pro hac vice*)
SIDNEY P. LEVINSON (SL-9048) (*admitted pro hac vice*)
JOSHUA M. MESTER (JM-8926) (*admitted pro hac vice*)
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California  90017
Telephone:  (213) 694-1200
Facsimile:  (213) 694-1234

A. BRENT TRUITT (AT-3799)
HENNIGAN, BENNETT & DORMAN LLP
245 Park Avenue, Suite 3962
New York, New York  10167
Telephone:  (212) 672-1966
Facsimile:  (212) 672-1965

Attorneys for Contrarian Funds LLC, Satellite Senior Income Fund, LLC,
CP Capital Investments, LLC, Wayland Distressed
Opportunities Fund I-B, LLC and Wayland
Distressed Opportunities Fund I-C, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** ) | |
| ) | **Chapter 11** |
| **WESTPOINT STEVENS INC., et al.,** ) | **Case No. 03-13532 (RDD)** |
| **Debtors.** ) | **(Jointly Administered)** |
| ) | |
| ) | |

**APPELLANTS' DESIGNATION OF**
**ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**
**AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellants

Contrarian Funds, LLC, Satellite Senior Income Fund, LLC, CP Capital Investments, LLC,

Wayland Distressed Opportunities Fund I-B, LLC, and Wayland Distressed Opportunities Fund

I-C, LLC (each a First Lien Lender and collectively, the "Steering Committee") hereby designate

the following items to be included in the record of its appeal from the "Order Authorizing Sale

Of Substantially All Of The Sellers' Assets Free And Clear Of Liens, Claims, Encumbrances

And Interests, The Assumption Of Certain Liabilities, Approval Of Successful Bidder And

Certain Related Matters" dated July 8, 2005, entered on the docket as Docket No. 1082, as

subsequently amended by the "Errata Order Amending Order Authorizing Sale Of Substantially

All Of The Sellers' Assets Free And Clear Of Liens, Claims, Encumbrances And Interests, The

Assumption Of Certain Liabilities, Approval Of Successful Bidder And Certain Related Matters"

dated July 11, 2005 entered on the docket as Docket No. 1083, and as further subsequently

amended by the "Errata Order Amending Order Authorizing Sale Of Substantially All Of The

Sellers' Assets Free And Clear Of Liens, Claims, Encumbrances And Interests, The Assumption

Of Certain Liabilities, Approval Of Successful Bidder And Certain Related Matters" dated July

11, 2005 entered on the docket as Docket No. 1085 (collectively, the "Orders").

| Filing Date | Docket No. | Document |
|---|---|---|
| 06/18/2003 | 93 | Final Order Providing Pre-Petition Secured Lenders Adequate Protection |
| 07/22/2004 | 606 | Motion Of First Lien Lenders Pursuant To 11 U.S.C. Sections 361, 362(d), 363(e), And 364(d), (A) To Grant Additional Adequate Protection To First Lien Lenders And (B) To Terminate Adequate Protection Payments To Second Lien Lenders |
| 08/23/2004 | 652 | Ordered Approving Stipulation (I) providing for deposit into escrow of second lien adequate protection payments; (II) withdrawal of adequate protection motion; and (III) reservation of right and remedies |
| 03/09/2005 | 830 | Motion for (i) Order Approving Bidding Procedures, Forms of Notice, and Break-Up Fee and Bidding Protections for Stalking Horse Bid and (ii) Order Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests |

| Filing Date | Docket No. | Document |
|---|---|---|
| 03/25/2005 | 854 | Joinder to Second Lien Agent's Memorandum Objecting to Debtors' Motion for Order Approving Bidding Procedures and Authorizing the Debtor to Sell Substantially All Their Assets Free and Clear of All Liens, and in the Alternative, Requesting Discovery and an Evidentiary Hearing on the Motion |
| 03/25/2005 | 858 | Statement of Bank of America, N.A., in Respect of Debtors' Motion for Order Approving Bidding Procedures and Authorizing Debtors to Sell Substantially All of Their Assets Free and Clear |
| 03/25/2005 | 864 | 2nd Lien Agent's Objection to Debtors' Motion for Order Approving Bidding Procedures and Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of Liens or in the Alternative, 2nd Lien Agent's Motion for Order Adjourning Hearing on Debtors' Motion, Setting Evidentiary Hearing and Compelling the Debtors, Rothschild, Inc. and WL Ross & Co. LLC to Submit to Discovery |
| 03/25/2005 | 865 | Objection of Aretex LLC to the Debtors' Motion for Order Approving Bidding Procedures |
| 03/25/2005 | 866 | Response Of Steering Committee Of First Lien Lenders To Motion For (I) Order Approving Bidding Procedures, Forms Of Notice, And Break-Up Fee And Bidding Protections For Stalking Horse Bid And (Ii) Order Authorizing The Debtors To Sell Substantially All Their Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests |
| 03/28/2005 | 869 | Objection to Motion Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for (I) an Order Approving Bidding Procedures, Forms of Notice, and Break-Up Fee and Bidding Protections for Stalking Horse Bid and (II) an Order Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests |
| 03/28/2005 | 871 | Affidavit of Service of Kevin Floyd |

| Filing Date | Docket No. | Document |
|---|---|---|
| 04/04/2005 | 884 | Notice of Hearing /Agenda of Matters Scheduled for Hearing on April 7, 2005 |
| 04/05/2005 | 885 | Reply of New Textile Co., WL Ross & Co., LLC, CP Capital Investments, L.L.C., Contrarian Capital Management, Inc. and Satellite Senior Income, L.L.C. to Objections of Wilmington Trust Company and Aretex LLC to Debtors' Bidding Procedures Motion |
| 04/05/2005 | 886 | Reply to Objections to Debtors' Motion for Order Approving Bidding Procedures and Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests |
| 04/06/2005 | 887 | Affidavit of Service by Denise Sciabarassi |
| 04/06/2005 | 890 | 2nd Lien Agents Reply to (I) the Debtors', and (II) New Textile Co., WL Ross & Co., LLC, CP Capital Investments, L.L.C., Contrarian Capital Management, Inc. and Satellite Senior Income, L.L.C.'s Responses to Objections to Debtors' Motion for Order Approving Bidding Procedures and Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of Liens or in the Alternative, 2nd Lien Agent's Motion for Order Adjourning Hearing on Debtors Motion, Setting Evidentiary Hearing And Compelling the Debtors, Rothschild, Inc. and WL Ross & Co. to Submit to Discovery |
| 04/06/2005 | 892 | Notice of Filing of Amended Exhibit B to Motion for (i) Order Approving Bidding Procedures, Forms of Notice, and Break-Up Fee and Bidding Protections for Stalking Horse Bid and (ii) Order Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests |

| Filing Date | Docket No. | Document |
|---|---|---|
| 04/06/2005 | 893 | Preliminary Response of Aretex, LLC to Replies of (I) New Textile Co., WL Ross & Co. and the Steering Committee and (II) Debtors |
| 04/07/2005 | 894 | Order Denying Motion to Approve bidding procedures and related relief |
| 04/14/2005 | 899 | Notice of Conventional Filing of Transcript of Hearing Held on April 7, 2005 (and transcript referenced therein) |
| 04/15/2005 | 900 | Ex Parte Motion of Debtors for Order Shortening Time Pursuant to Fed. R. Bankr. P. 2002(a) and 9006(c) with Respect to Hearing on Debtors' Motion for Order Approving Bidding Procedures and Forms of Notice in Connection with the Sale of Substantially all the Debtors' Assets Free and Clear of all Liens, Encumbrances, and Other Interests |
| 04/15/2005 | 904 | Motion to Approve Bidding Procedures and Forms of Notice in Connection with the Sale of Substantially all the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests |
| 04/21/2005 | 918 | Objection of Steering Committee to Debtors' Motion to Approve Bidding Procedures and Form of Notice in Connection with the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests |
| 04/21/2005 | 919 | Objection of Aretex LLC To The Debtors' Motion For Order Approving Bidding Procedures and Forms of Notice In Connection With The Sale of Substantially All of The Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and other Interests |
| 04/21/2005 | 920 | Notice of Filing of Amended Proposed Order Approving Bidding Procedures and Forms of Notice in Connection with the Sale of Substantially All the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests |

| Filing Date | Docket No. | Document |
|---|---|---|
| 04/21/2005 | 921 | Affidavit of Service of Kevin Floyd |
| 04/22/2005 | 923 | Order Approving Bidding Procedures And Forms Of Notice In Connection With The Sale Of Substantially All The Debtors' Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests |
| 05/03/2005 | 934 | Notice of Sale /Notice of Auction and Purchaser Selection Hearing to Sell Substantially All of Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests |
| 05/03/2005 | 935 | Affidavit of Service |
| 05/10/2005 | 940 | 2nd Lien Agent's Motion for Order Dissolving Adequate Protection Escrow, Releasing Escrowed Adequate Protection Payments, and Reinstating Direct Payment to the 2nd Lien Agent |
| 05/13/2005 | 946 | Letter Setting Forth Briefing Schedule in Advance of June 24, 2005 Purchaser Selection Hearing |
| 05/13/2005 | 954 | Notice of Conventional Filing of Transcript of Hearing Held on April 22, 2005 (and transcript referenced therein) |
| 05/16/2005 | 947 | Joinder to the Second Lien Agent's Motion For Order Dissolving Adequate Protection Escrow, Releasing Escrowed Adequate Protection Payments and Reinstating Direct Payment to the Second Lien Agent |
| 06/01/2005 | 960 | Brief of 2nd Lien Agent Regarding Certain Issues Before the Court in Connection with the Sale of the Debtors' Assets |
| 06/01/2005 | 961 | Steering Committee's Brief in Connection with June 24, 2005 Hearing |

| Filing Date | Docket No. | Document |
|---|---|---|
| 06/01/2005 | 962 | Declaration of Sidney P. Levinson in Support of Steering Committee's Brief in Connection with June 24, 2005 Hearing |
| 06/01/2005 | 963 | Omnibus Memorandum of Law of Aretex LLC on Issues Relating to The Auction of the Debtors' Assets |
| 06/02/2005 | 964 | Affidavit of Service of Kevin Floyd |
| 06/06/2005 | 967 | Objection of Bank of America, N.A., As Agent to 2nd Lien Agent's Motion For Order Releasing Escrowed Adequate Protection Payments |
| 06/07/2005 | 969 | 2nd Lien Agent's Reply Brief to the 1st Lien Lenders' Steering Committee Brief Regarding the Sale of the Debtors' Assets |
| 06/07/2005 | 970 | Steering Committee's Reply Brief in Connection with June 24, 2005 Hearing |
| 06/07/2005 | 971 | Affidavit of Service of Kevin Floyd |
| 06/07/2005 | 972 | Reply of Aretex LLC to Steering Committee's Brief in Connection with June 24, 2005 Hearing |
| 06/09/2005 | 983 | Objection Of Beal Bank, S.S.B., As Successor First Lien Agent To 2nd Lien Agent's Motion For Order Releasing Escrowed Adequate Protection Payments |
| 06/10/2005 | 985 | Motion to Join the Second Lien Agent's Motion for Order Dissolving Adequate Protection Escrow, Releasing Escrowed Adequate Protection Payments, and Reinstating Direct Payment to the Second Lien Agent |

| Filing Date | Docket No. | Document |
|---|---|---|
| 06/10/2005 | 986 | Steering Committee's Objection to 2nd Lien Agent's Motion for Order Releasing Escrowed Adequate Protection Payments |
| 06/10/2005 | 990 | Amended Chapter 11 Plan /Debtors' Amended Joint Plan Under Chapter 11 of the Bankruptcy Code |
| 06/10/2005 | 991 | Amended Disclosure Statement for Debtors' Amended Joint Plan |
| 06/13/2005 | 994 | Affidavit of Service of Kevin Floyd |
| 06/22/2005 | 1025 | Notice of Adjournment of Hearing on 2nd Lien Agent's Motion for Order Dissolving Adequate Protection Escrow, Releasing Escrowed Adequate Protection Payments, and Reinstating Direct Payment to the 2nd Lien Agent |
| 06/23/2005 | 1027 | Steering Committee's Motion to Continue Purchaser Selection Hearing |
| 06/23/2005 | 1028 | Declaration of Joshua M. Mester in Support of Steering Committee's Motion to Continue Purchaser Selection Hearing |
| 06/23/2005 | 1029 | Ex Parte Motion of the Steering Committee for Order Shortening Time Pursuant to Fed. R. Bankr. P. 9006(c) with Respect to Hearing on Steering Committee's Motion to Continue Purchaser Selection Hearing |
| 06/23/2005 | 1030 | Declaration of Joshua M. Mester in Support of Ex Parte Motion of the Steering Committee for Order Shortening Time Pursuant to Fed. R. Bankr. P. 9006(c) with Respect to Hearing on Steering Committee's Motion to Continue Purchaser Selection Hearing |
| 06/23/2005 | 1031 | Affidavit of Service |

| Filing Date | Docket No. | Document |
|---|---|---|
| 06/23/2005 | 1035 | Notice of Successful Bidder at June 23, 2005 Auction with Respect to Sale of Substantially All of the Debtors' Assets |
| 06/28/2005 | 1048 | Agenda of Matters Scheduled for Hearing on June 29, 2005 |
| 06/29/2005 | 1050 | Asset Purchase Agreement by and among WS Textile Co., Inc., New Textile One, Inc., New Textile Two, Inc., Textile Co., Inc., Westpoint Stevens Inc., Westpoint Stevens Inc. I, Westpoint Stevens Stores Inc., and J.P. Stevens Enterprises, Inc. dated as of June 23, 2005 |
| 06/30/2005 | 1069 | Notice of Conventional Filing of Transcript of Hearing Held on June 24, 2005 (and transcript referenced therein) |
| 07/01/2005 | 1064 | Notice of Settlement of Proposed Order Authorizing Sale of Substantially All of the Sellers' Assets Free and Clear of Liens, Claims, Encumbrances and Interests, the Assumption of Certain Liabilities, Approval of Successful Bidder and Certain Related Matters |
| 07/06/2005 | 1073 | Objection to Proposed Form of Order Authorizing Sale of Substantially All of the Seller's Assets Free and Clear of Liens, Claims, Encumbrances and Interests, the Assumption of Certain Liabilities, Approval of Successful Bidder and Certain Related Matters |
| 07/07/2005 | 1074 | Steering Committee's Objection And Statement Of Specific Grounds For Revisions To Proposed Order Filed On July 1, 2005 In Connection With Purchaser Selection Hearing |
| 07/08/2005 | 1082 | Order Authorizing Sale Of Substantially All Of The Sellers' Assets Free And Clear Of Liens, Claims, Encumbrances And Interests, The Assumption Of Certain Liabilities, Approval Of Successful Bidder And Certain Related Matters |

| Filing Date | Docket No. | Document |
| --- | --- | --- |
| 07/11/2005 | 1083 | Errata Order Amending Order Authorizing Sale Of Substantially All Of The Sellers' Assets Free And Clear Of Liens, Claims, Encumbrances And Interests, The Assumption Of Certain Liabilities, Approval Of Successful Bidder And Certain Related Matters |
| 07/11/2005 | 1085 | Errata Order Amending Order Authorizing Sale Of Substantially All Of The Sellers' Assets Free And Clear Of Liens, Claims, Encumbrances And Interests, The Assumption Of Certain Liabilities, Approval Of Successful Bidder And Certain Related Matters |
| 06/24/2005 – 06/29/2005 | | Debtors' Exhibits D1 – D5 |
| 06/24/2005 – 06/29/2005 | | Steering Committee's Exhibits SC1 – SC11 |
| 06/24/2005 – 06/29/2005 | | Aretex's Exhibits Aretex 1 – Aretex 5 |
| 06/24/2005 – 06/29/2005 | | 2nd Lien Agent's Exhibits 2nd Lien 1 – 2nd Lien 3 |
| | | Transcript from hearing held 6/27/2005 |
| | | Transcript from hearing held 6/28/2005 |
| | | Transcript from hearing held 6/29/2005 |

## STATEMENT OF ISSUES ON APPEAL[1]

Appellants hereby submit the following statement of issues on appeal, all of which are subject to *de novo* review by the District Court:

1. Whether the Bankruptcy Court erred, as a matter of law, in concluding that the transfer to the First Lien Lenders of only a portion of the collateral securing the First Lien Indebtedness constitutes full satisfaction and/or adequate protection of the First Lien Indebtedness.

2. Whether the Bankruptcy Court erred, as a matter of law, in concluding that, contrary to the explicit and unambiguous terms of the Intercreditor Agreement, the Second Lien Lenders can nonetheless receive any payment or transfer of collateral even though the First Lien Lenders are not receiving payment in full in cash.

3. Whether the Bankruptcy Court erred, as a matter of law, in concluding that the Debtors can, pursuant to sections 363(f)(3) or 363(f)(5) of the Bankruptcy Code, sell the Purchased Assets free and clear of Interests of the First Lien Collateral Trustee and/or the First Lien Lenders.

4. Whether the Bankruptcy Court erred, as a matter of law, in concluding that the Successful Bid was authorized, and higher and better than the competing credit bids directed by the Steering Committee, even though the Successful Bid did not provide for payment in full and in cash of the First Lien Lenders.

5. Whether the Bankruptcy Court erred, as a matter of law, in concluding that the Debtors are authorized to transfer the collateral directly to First Lien Lenders, rather than to the First Lien Collateral Trustee in its capacity as the lienholder under the First Lien Collateral Trust Agreement.

---

[1] All capitalized terms have the meanings set forth in the Orders.

Dated: Los Angeles, California          HENNIGAN, BENNETT & DORMAN LLP
       July 11, 2005

                                 By: _____
                                   BRUCE BENNETT
                                   SIDNEY P. LEVINSON
                                   JOSHUA M. MESTER
                                   601 S. Figueroa Street, Suite 3300
                                   Telephone:  (213) 694-1200
                                   Facsimile:  (213) 694-1234

                                   A. BRENT TRUITT
                                   245 Park Avenue, Suite 3962
                                   New York, New York  10167
                                   Telephone:  (212) 672-1966
                                   Facsimile:  (212) 672-1965

                                   Attorneys for Contrarian Funds LLC,
                                   Satellite Senior Income Fund, LLC,
                                   CP Capital Investments, LLC, Wayland
                                   Distressed Opportunities Fund I-B, LLC and
                                   Wayland Distressed Opportunities Fund I-C, LLC

492965.v1